IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00214-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TITO ONTIVEROS,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2011.**

      Before the Court is Defendant's Motion to Request Bond [docket #81]. The United States shall file a response to the motion **on or before December 28, 2011**.